UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-20022-CIV-RNS

BRIAN RICHARD,

    Plaintiff,

vs.

CVS PHARMACY, INC.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that the parties in the above-styled action have settled this matter in its entirety.

Dated 3/31/15

Respectfully submitted by,

Anthony M. Georges-Pierre, Esq.
Florida Bar No. 533637

REMER & GEORGES-PIERRE, PLLC
44 West Flagler St., Suite 2200
Miami, FL 33130
Telephone: 305-416-5000
Facsimile: 305-416-5005

-2-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on ___3/31/15___ I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**Marlene Quintana, Esq.**
marlene.quintana@gray-robinson.com
GRAYROBINSON, P.A.
333 S.E. 2nd Avenue
Suite 3200
Miami, FL 33131
Tel: (305) 416-6880
Fax: (305) 416-6887

**Jonathan R. Shank, Esq.**
jshank@edwardswildman.com
LOCKE LORD LLP
111 Huntington Avenue
Boston, MA 02199
Tel: (617) 239-0157
Fax: (866) 955-9271

_____
Anthony M. Georges-Pierre, Esq.
Florida Bar No. 533637